1114

No. 81–1089.  MAINE *v.* PATTEN.  Sup. Jud. Ct. Me. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *United States* v. *Ross*, 456 U. S. 798 (1982).

No. 81–1287.  ALABAMA *v.* WRIGHT;
No. 81–1397.  ALABAMA *v.* DANIELS;
No. 81–1514.  ALABAMA *v.* BRACEWELL;
No. 81–1515.  ALABAMA *v.* HILL;
No. 81–1662.  ALABAMA *v.* DAVIS; and
No. 81–1809.  ALABAMA *v.* HORSLEY.  Ct. Crim. App. Ala.  Motions of respondents for leave to proceed *in forma pauperis* and certiorari granted.  Judgments vacated and cases remanded for further consideration in light of *Hopper* v. *Evans*, 456 U. S. 605 (1982).  Reported below: No. 81–1287, 407 So. 2d 565; No. 81–1397, 406 So. 2d 1023; No. 81–1514, 407 So. 2d 854; No. 81–1515, 407 So. 2d 567; No. 81–1662, 408 So. 2d 532; No. 81–1809, 409 So. 2d 1347.

No. 81–1513.  ALABAMA *v.* BRYARS.  Ct. Crim. App. Ala. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hopper* v. *Evans*, 456 U. S. 605 (1982).

No. 81–1600.  ALABAMA *v.* RITTER.  Sup. Ct. Ala.  Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *Hopper* v. *Evans*, 456 U. S. 605 (1982).

No. 81–1995.  WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* HENRY.  C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *Engle* v. *Isaac*, 456 U. S. 107 (1982).